PAUL J. CAMBRIA, JR., ESQ. (State Bar No. 177957)
JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333
Email: pcambria@lglaw.com; jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
LABOWE, LABOWE & HOFFMAN, LLP
1631 West Beverly Boulevard, Second Floor
Los Angeles, California
(213) 250-9800
Email: MshLLH@aol.com

Attorneys for Plaintiff Vivid Entertainment, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC**, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>vs.<br><br>**DATA CONVERSIONS, INC.**, a South Carolina Corporation, d/b/a AEBN and PornoTube.com; **WMM, LLC**, a Nevada Limited Liability Company, and DOES 1 through 20 inclusive,<br><br>           Defendants. | Case No.: CV07-08023 RGK (SSx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS DATA CONVERSIONS, INC. AND WMM, LLC TO RESPOND TO COMPLAINT**<br><br>[Local Rule 8-3] |

1 | Pursuant to Local Rule 8-3, Plaintiff Vivid Entertainment, LLC, through their
2 | respective counsel, hereby stipulate that the time within which the Defendants Data
3 | Conversions, Inc., and WMM, LLC must answer or otherwise respond to the
4 | Complaint which is on file herein shall be extended to and including June 11, 2008.

Dated: April 15, 2008

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By    /s/Jonathan W. Brown, Esq.
       JONATHAN W. BROWN, ESQ.
Attorneys for Plaintiff
VIVID ENTERTAINMENT, LLC

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

I, Mary Dunning, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

On April 15, 2008, I served the foregoing document described as: **STIPULATION TO EXTEND TIME FOR DEFENDANTS DATA CONVERSIONS, INC. AND WMM, LLC TO RESPOND TO COMPLAINT** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

Lance Blundell, Esq.
Data Conversions, Inc. and WMM, LLC
5300 Old Pineville Road
Charlotte, North Carolina 28217

(X) **BY MAIL**
(X) I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( ) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( ) **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( ) **BY TELECOPY** I caused such document to be telecopied to the addressee at the following telecopy number on           : ( )
( ) **UNITED STATES**    I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( ) **STATE**    I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2008, at Buffalo, New York.

　　　　　　　　　　　　　　　　　　　　/s/Mary Dunning
　　　　　　　　　　　　　　　　　　　　Mary Dunning

---

STIPULATION TO EXTEND TIME FOR DATA CONVERSIONS, INC., ET AL. TO ANSWER COMPLAINT
CASE NO.: CV07-08023 RGK (SSx)